# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NAJIB BABUL,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 15-2937** |
| v. | : | |
| | : | |
| **RELMADA THERAPEUTICS, INC. et al.,** | : | |
| **Defendants.** | : | |

## ORDER

This 20th day of January, 2016, for the reasons stated in the foregoing memorandum opinion, it is **ORDERED** that Defendants' Motion to Dismiss Count III (Intentional Infliction of Emotional Distress) and Count V (Breach of Contract) of Plaintiff's Complaint is **GRANTED.** Defendants' Motion is **DENIED** in all other respects.

        /s/ Gerald Austin McHugh
United States District Court Judge