IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAJIB BABUL<br><br>Plaintiff,<br><br>vs.<br><br>RELMADA THERAPEUTICS, INC., a Delaware Corporation; RELMADA THERAPEUTICS, INC., a Nevada Corporation; LAIDLAW & COMPANY (UK) LTD.; JAMESS CAPITAL GROUP, LLC; SANDESH SETH; SERGIO TRAVERSA; ROBINSON, BROG, LEINWAND, GREENE, GENOVESE & GLUCK P.C.; DAVID C. BURGER; and DAVID E. DANOVITCH<br><br>Defendants. | CASE NO: 2:15-cv-2937 |

## CERTIFICATE OF SERVICE

Pursuant to Rule 235 of the Pennsylvania Rules of Civil Procedure, the undersigned certifies that notice of the Robinson Brog Defendants' Motion for Judgment on the Pleadings (D.I. 70), which challenges the constitutionality of the Dragonetti Act (42 Pa. C.S.A. §8351 et seq.) as applied to attorneys, was served on Pennsylvania's Attorney General, the Honorable Kathleen Kane, together with a copy of the Robinson Brog Defendants' Motion for Judgment on the Pleadings, on April 14, 2016 by regular mail, and again on April 26, 2016 by registered mail and hand delivery.

In addition, a copy of this Court Order's scheduling oral argument on the Robinson Brog Defendants' Motion for Judgment on the Pleadings for April 28, 2016 (D.I. 73) was served upon the Attorney General via registered mail and hand delivery on April 26, 2016. Copies of the

correspondence by which notice was provided to the Attorney General as stated herein are attached hereto (without exhibits).

                                      **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

By:   /s/ Gregory W. Fox
       Gregory W. Fox, Esquire
       Identification No. 200846
       2000 Market Street, Suite 2300
       Philadelphia, PA 19103
       (215) 575-2827

Date: April 26, 2016

# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS AT LAW · WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION
2000 Market Street, Suite 2300 · Philadelphia, PA 19103
(215) 575-2600 · Fax (215) 575-0856

Direct Dial: 215-575-2874
Email: SAKleinman@mdwcg.com

| PENNSYLVANIA | OHIO |
| --- | --- |
| Allentown | Cincinnati |
| Doylestown | Cleveland |
| Erie | |
| Harrisburg | FLORIDA |
| King of Prussia | Ft. Lauderdale |
| Philadelphia | Jacksonville |
| Pittsburgh | Orlando |
| Scranton | Tampa |
| NEW JERSEY | NEW YORK |
| Cherry Hill | Long Island |
| Roseland | New York City |
| | Westchester |
| DELAWARE | |
| Wilmington | |

April 14, 2016

**VIA REGISTERED MAIL**

Honorable Kathleen Kane
Attorney General of Pennsylvania
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120

    RE:   *Babul v. Relmada Therapeutics*, Inc.
           Our File No: 03127-01252-JLS
           Docket No: 2:15-cv-02937-GAM

Dear Ms. Attorney General:

    I am transmitting herewith a copy of our Motion for Judgment on the Pleadings in the above-captioned matter. Please note that the Motion for Judgment on the Pleadings challenges the constitutionality of the Dragonetti Act (42 Pa. C.S.A. § 8351 *et seq.*) as applied to attorneys. Accordingly, pursuant to Rule 235 of the Pennsylvania Rules of Civil Procedure, we are hereby serving you with a copy of said Motion for Judgment on the Pleadings.

    Please do not hesitate to have your Office contact me with any questions you may have.

                              Very truly yours,

                              Sarah A. Kleinman

SAK
Enclosures

cc:   Stephen G. Harvey, Esquire (via email)
       David V. Dzara, Esquire (via email)
       William T. Hangley, Esquire (via email)

# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS-AT-LAW    WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION

2000 Market Street, Suite 2300 · Philadelphia, PA 19103
(215) 575-2600 · Fax (215) 575-0856

| PENNSYLVANIA | DELAWARE |
|---|---|
| Bethlehem | Wilmington |
| Doylestown | **OHIO** |
| Erie | Cleveland |
| Harrisburg | |
| King of Prussia | **FLORIDA** |
| Philadelphia | Ft. Lauderdale |
| Pittsburgh | Jacksonville |
| Scranton | Orlando |
| | Tampa |
| **NEW JERSEY** | **NEW YORK** |
| Cherry Hill | Long Island |
| Roseland | New York City |

Direct Dial: 215-575-2899
Email: gwfox@mdwcg.com

April 26, 2016

**VIA REGISTERED MAIL AND HAND DELIVERY**

Honorable Kathleen Kane
Attorney General of Pennsylvania
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120

RE:  *Babul v. Relmada Therapeutics*, Inc.
     Our File No: 03127-01252-JLS
     Docket No: 2:15-cv-02937-GAM

Dear Ms. Attorney General:

By letter dated April 14, 2016, Sarah Kleinman of my office sent you a copy of our Motion for Judgment on the Pleadings in the above-captioned matter, which motion challenges the constitutionality of the Dragonetti Act (42 Pa. C.S.A. §8351 et seq.) as applied to attorneys. The Honorable Gerald Austin McCugh of the United States District Court from the Eastern District of Pennsylvania has since scheduled oral argument on our Motion for Judgment on the Pleadings for this Thursday, April 28, 2016 at 1:30 p.m. A copy of the Order scheduling oral argument is enclosed herein.

In addition, in preparing for that oral argument, I learned today that, notwithstanding my office's letter to you dated April 14, 2016 indicates that it was sent via registered mail, it was, in fact, only sent via regular mail. Accordingly, pursuant to Rule 235 of the Pennsylvania Rules of Civil Procedure, I am resending enclosed herein, via registered mail, a copy of the April 14th letter and an additional copy of our Motion for Judgment on the Pleadings.

April 26, 2016
Page 2

---

Please do not hesitate to contact me with any questions you may have.

Very truly yours,

GREGORY W. FOX

GWF/dmg
Enclosures

cc: Stephen G. Harvey, Esquire (via email)
David V. Dzara, Esquire (via email)
William T. Hangley, Esquire (via email)
Michelle Hangley, Esquire (via email)
David Solomon, Esquire (via email)
Steven G. Sklar, Esquire (via email)
Irwin Weltz, Esquire (via email)
(with enclosures)