### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NAJIB BABUL,** | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **NO. 15-2937** |
| | : | |
| **RELMADA THERAPEUTICS et al.,** | : | |
| **Defendants.** | : | |

## ORDER

This 21st day of February, 2018, upon consideration of Plaintiff Najib Babul's Motion for Partial Summary Judgment, ECF No. 156, and Defendants' Motions for Summary Judgment, ECF Nos. 153, 154, 159, and 160, it is hereby **ORDERED** that:

1. Plaintiff's Motion, ECF No. 156, is **DENIED**;

2. The Motion for Summary Judgment of Defendants Relmada Therapeutics, Inc., a Delaware Corporation, and Relmada Therapeutics, Inc., a Nevada Corporation, ECF No. 160, is **DENIED**;

3. Defendants Sandesh Seth and Sergio Traversa's Motion for Summary Judgment, ECF No. 153, is **DENIED**;

4. Defendants Laidlaw & Company (UK) Ltd. and Jamess Capital Group, LLC's Motion for Summary Judgment, ECF No. 153, is **GRANTED** as to Defendant Jamess Capital, and **DENIED** as to Defendant Laidlaw & Company;

5. Defendants Robinson Brog Leinward Greene Genovese & Gluck P.C., David C. Burger, and David E. Danovitch's Motion for Summary Judgment, ECF No. 159, is **GRANTED**;

6. Defendant David E. Danovitch's Motion to Withdraw Concession, ECF No. 186, is **DENIED** as moot;

7. Defendants Robinson Brog Leinward Greene Genovese & Gluck P.C., David C. Burger, and David E. Danovitch's Motion to Amend/Correct Answer to Complaint, ECF No. 188, is **DENIED** as moot; and

8. Defendants Robinson Brog Leinward Greene Genovese & Gluck P.C., David C. Burger, and David E. Danovitch's Motion to Stay Expert Discovery, ECF No. 189, is **DENIED** as moot.

          /s/ Gerald Austin McHugh
United States District Judge